

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.C., a Child

No. 06-24-00014-CV

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 90939). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. Dissenting Opinion by Justice Rambin.

As stated in the Court's opinion of this date, the appellant filed an agreed motion with this Court to set aside the trial court's judgment, without regard to the merits, which we grant. Therefore, we set aside the judgment of the trial court, without regard to the merits, and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We note that the Department is exempt from the payment of costs pursuant to Section 40.062 of the Texas Human Resources Code and that Mother has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk